EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 29 |
|---|---|
| Elba Nilsa Villalba Ojeda | 194 DPR ____ |

Número del Caso: TS-9,463

Fecha: 18 de febrero de 2016

Abogado del Peticionario:

       Lcda. Carmen I. Navas
       Procuradora del Abogado

       Lcdo. Gregorio Lima

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Elba Nilsa Villalba Ojeda                    TS-9,463

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de febrero de 2016

Evaluada la *Solicitud de Reinstalación Cumplida la Suspensión Impuesta* presentada por la abogada Elba N. Villalba Ojeda, por conducto de la Lcda. Carmen I. Navas, Procuradora del Abogado(a) del Colegio de Abogados de Puerto Rico, se provee *ha lugar*.

De otra parte, se ordena la reactivación de las quejas AB-2011-90 y AB-2014-262 que penden contra la abogada Villalba Ojeda. Con relación a la queja AB-2011-90, se le ordena a la abogada Villalba Ojeda, dentro de un término de diez (10) días, contados a partir de la notificación de esta Resolución, informarnos sobre el estado de los procedimientos ante el Tribunal de Primera Instancia referentes al caso que dio origen a ésta.

Asimismo, se le ordena a la abogada Villalba Ojeda contestar la queja AB-2014-262, dentro de un término de diez (10) días, contados a partir de la notificación de esta Resolución, según ordenado por este Tribunal en ocasiones anteriores.

Se le apercibe, además, a la abogada Villalba Ojeda que su incumplimiento con esta orden podrá acarrear sanciones disciplinarias severas, incluyendo la suspensión indefinida de la profesión de la abogacía.

Notifíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo